# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2015

150178

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

BCIC PARKS, LLC,
        Plaintiff-Appellee,

v

JAFFE, RAITT, HEUER & WEISS,
PROFESSIONAL CORPORATION,
        Defendant-Appellant.

SC: 150178
COA: 321356
Oakland CC: 2013-131496-NM

_____/

On order of the Court, the application for leave to appeal the August 21, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2015



t0422

Clerk